DAVID A. BOONE - State Bar No. 74165
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000
Facsimile: (408) 291-6016

Attorney For Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Carlos Arias Ordaz, | CASE NO.: 18-42604 WJL |
| | No Hearing Requested |
| Debtor. | |

**SUPPLEMENTAL DECLARATION IN SUPPORT OF
MOTION TO DISMISS CHAPTER 13 CASE**

I, David A. Boone, hereby declare as follows:

I am Counsel for Debtor in the above referenced case. The matters set forth herein are based upon my personal knowledge, except for those matters set forth on information and belief, and if called as a witness I could and would testify competently thereto.

Pursuant to Bankruptcy Local Rule 1017-2(a), I declare the there are no pending Motions to Convert this case to a Chapter 7 or pending motions to dismiss this case with prejudice.

LAW OFFICES OF DAVID A. BOONE

DATED: January 25, 2019         By: /s/ David A. Boone
                                DAVID A. BOONE
                                Attorney for debtor